46383.    SAVANNAH BANK & TRUST COMPANY
v. KEANE et al.

QUILLIAN, Judge. The appeal in this case was taken from an order denying what the appellant styled a motion for reconsideration by which it sought as garnishee, to amend its answer to a garnishment proceeding. In a proceeding of this type a judgment against the garnishee can not be obtained until judgment is entered against the defendant in the original proceeding. See *Baker Mercantile Co. v. Hancock Bros. & Co.,* 20 Ga. App. 799 (2) (93 SE 496); *Wilson v. Bank of Louisiana,* 55 Ga. 98. The order appealed from was not a final judgment and did not fall within the exceptions of *Code Ann.* § 6-701 (a3) (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073). Hence, since the trial judge did not enter a certificate of immediate review, the appeal is premature and must be

*Dismissed. Jordan, P. J., and Evans, J., concur.*

Argued June 29, 1971—Decided September 10, 1971.

*Connerat, Dunn, Hunter, Houlihan, Maclean & Exley, Ralph O. Bowden, III,* for appellant.

*Pierce, Ranitz, Lee, Berry & Mahoney, Jack K. Berry, Howard A. McGlasson, Jr.,* for appellees.